Case No. 14-3761/14-3798

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

ROBERT J. ZIK; APRIL ZIK; JAMES MICHAEL HEARON

    Appellants

v.

AMBER GASCHO, on behalf of herself and all others similarly situated, et al

    Plaintiffs - Appellees

and

GLOBAL FITNESS HOLDINGS, LLC

    Defendant - Appellee

Upon consideration of the parties' Joint Motion to Consolidate Appeals and to Reset the Briefing Schedule,

It is therefore **ORDERED** that the motions be and they hereby are **GRANTED**. A separate briefing schedule shall issue.

                          **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued:  August 21, 2014