# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

September 26, 2016

Scott S. Harris
Clerk of the Court
(202) 479-3011

**FILED**
Sep 30, 2016
DEBORAH S. HUNT, Clerk

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH  45202


Re:  Robert J. Zik, et al.
v. Amber Gascho, Individually and on Behalf of All Others
Similarly Situated, et al.
No. 16-383
(Your No. 14-3761)


Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 16, 2016 and placed on the docket September 26, 2016 as No. 16-383.



Sincerely,

**Scott S. Harris**, Clerk

by

Jacob A. Levitan
Case Analyst